Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED BULK CARRIERS INTERNATIONAL,
NAVEGACAO LDA,

                    Plaintiff,                    08 CV

-v-

                                    **STATEMENT PURSUANT**
                                    **TO F.R.C.P 7.1**

WEST ASIA MARITIME OVERSEAS PRIVATE
LIMITED, WEST ASIA MARITIME LTD., and
EC SHIP MANAGEMENT COMPANY LTD.,

                    Defendants.
-----------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, UNITED BULK CARRIERS INTERNATIONAL, NAVEGACAO LDA, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       April 14, 2008

                                        CHALOS, O'CONNOR & DUFFY, L.L.P.
                                        Attorneys for Plaintiff
                                        UNITED BULK CARRIERS INTERNATIONAL,
                                        NAVEGACAO LDA,

                    By: _____
                          George M. Chalos (GC-8693)
                          366 Main Street
                          Port Washington, New York 11050
                          Tel: (516) 767-3600
                          Fax: (516) 767-3605
                          Email: gmc@codus-law.com