UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED BULK CARRIERS INTERNATIONAL,
NAVEGACAO LDA.,

                        Plaintiff,                        08 CV 3562 (AKH)

-v-

                                        **NOTICE OF VOLUNTARY**
WEST ASIA MARITIME OVERSEAS PRIVATE   **DISMISSAL AND ORDER**
LIMITED, WEST ASIA MARITIME LTD., and
EC SHIP MANAGEMENT COMPANY LTD.,

                        Defendants.
------------------------------------------------------------x

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, UNITED BULK CARRIERS INTERNATIONAL, NAVEGACAO LDA., as to defendants, WEST ASIA MARITIME OVERSEAS PRIVATE LIMITED, WEST ASIA MARITIME LTD. and EC SHIP MANAGEMENT COMPANY LTD., pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
       April 22, 2008

                                            CHALOS, O'CONNOR & DUFFY, LLP
                                            Attorneys for Plaintiff
                                            UNITED BULK CARRIERS INTERNATIONAL,
                                            NAVEGACAO LDA.

                         By: _____
                                            George M. Chalos (GC-8693)
                                            366 Main Street
                                            Port Washington, New York 11050
                                            Tel:   (516) 767-3600
                                            Fax:  (516) 767-3605
SO ORDERED:                              Email: gmc@codus-law.com


_____
Hon. Alvin K. Hellerstein, U.S.D.J.